■ LOUIS BIEBER et al., Respondents, v. TRIMARGE REALTY CORP. et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before January 29, 1960.

■ JOHN BROWN, an Infant, Appellant, v. NORBERT NUWER et al., Respondents. (And Two Other Actions.) — Appeals dismissed unless printed records and briefs are filed and served on or before February 15, 1960.

■ ELEASE C. MIMS et al., Appellants, v. NORBERT NUWER et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before February 15, 1960.

■ LETTA K. BROWN, Appellant, v. SIBLEY, LINDSAY & CURR CO. et al., Respondents.— Motion granted and order dismissing appeal vacated.

■ COASTAL COMMERCIAL CORP., Appellant, v. SAMUEL KOSOFF & SONS, INC., Respondent. LINCOLN NATIONAL BANK & TRUST CO. et al., Respondents. —Appeal dismissed unless printed records and briefs are filed and served on or before February 1, 1960.

■ MELOON BRONZE FOUNDRY, INC., Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before February 8, 1960.

■ In the Matter of MARTHA F. SCHAEFFER.— Appeal dismissed unless printed records and briefs are filed and served on or before January 25, 1960.

■ ALFRED ANDRESSI, Appellant, v. GEORGE SPADE et al., Respondents.— Motion granted and orders of July 14, 1959 and November 13, 1959 vacated, on condition that typewritten records and briefs are filed and served on or before February 1, 1960 and case argued at March 1960 Term of court.

■ LAUANNA DARLING et al., Appellants, v. VILLAGE OF HERKIMER, Respondent.— Motion granted to appeal on typewritten papers; appeal dismissed unless typewritten records and briefs are filed and served on or before February 15, 1960.

■ LAWRENCE FREEBORN, by DELBERT FREEBORN, Plaintiff, v. BLOUNT LUMBER CO., INC., et al., Defendants. DELBERT FREEBORN, Plaintiff, v. BLOUNT LUMBER CO., INC., et al., Defendants.— Appeal dismissed unless printed records and briefs are filed and served on or before February 8, 1960.

■ EDNA FOSS, Appellant, v. JOHN F. FOSS, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before February 8, 1960.

■ SARAH E. NEWTON, Plaintiff, v. HILDA F. LONG, Defendant.— Motion granted to appeal upon one copy of prior record and proposed record and an original and five typewritten copies of other papers on appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN BRERETON, Appellant, against KENNETH KEILL, as Director of Willard State Hospital, Respondent.— Motion granted to appeal as a poor person and on original papers, five handwritten or typewritten briefs.

■ ADRIAN J. WESTBROCK, Respondent, v. MABELLE ROBB et al., Appellants.— Motion granted and time for filing and serving records and briefs on appeal enlarged to February 23, 1960.

■ WILLIAM C. KNAUF et al., Doing Business as KNAUF & KNAUF, Respondents, v. E. C. BROWN COMPANY et al., Appellants.— Motion granted to appeal on typewritten papers.